**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00926-CV

### IN RE KIMBERLY BAILEY, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-55177-05**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/      MICHAEL J. O'NEILL
         JUSTICE